UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  NICE, JEFFREY DALE II<br>NICE, PAULENA LYNNE<br>THOMPSON, PAULENA LYNNE  Debtor(s) | CASE NO. 08-23435 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

    Comes now Stacia L. Yoon, Trustee, and states as follows:

    1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

    2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

    3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

    4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:      July 27, 2010            By: /s/ Stacia L. Yoon
                                               STACIA L. YOON, TRUSTEE #16933-53
                                               Genetos Retson & Yoon LLP
                                               8585 Broadway, Suite 480
                                               Merrillville, IN 46410
                                               Telephone: (219) 755-0401
                                               bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
David A. Foelber, davidafoelber@yahoo.com
Regular Mail:
NICE, JEFFREY DALE II, 2123 YORKTOWNE DR., VALPARAISO, IN 46383
NICE, PAULENA LYNNE, 2123 YORKTOWNE DR., VALPARAISO, IN 46383
PYOD, LLC its successors and assignee of Citibank, % Resurgen Capital Services, P.O. Box 19008, Greenville, SC 29602

| Printed: 07/26/10 10:32 AM | | | | **Claims Distribution Small Checks** | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 08-23435 - NICE, JEFFREY DALE II

| Account No. | Check No. | Issued | | | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | | | | | |
| 9200025470 4766 | 108 | 07/26/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $4.53 |
| | | 5 | 01/20/10 | 610 | PYOD, LLC its successors as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 99.89 | 99.89 | 4.53 | 4.53 |

(*) Denotes objection to Amount Filed